IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-CR-00080-DGK |
| CORTEZ L. WILLIAMS, | ) |
| Defendant. | ) |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court is Defendant Cortez L. Williams's Motion to Suppress Statements, ECF No. 26, and United States Magistrate Judge Jill A. Morris's Report and Recommendation, ECF No. 37, recommending the Court deny the motion.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1, the Court agrees with the Magistrate's thorough and well-reasoned opinion holding that Defendant's *Miranda* waiver was voluntary, knowing, intelligent, and valid.

The Court ADOPTS the Report and Recommendation and DENIES the motion.

**IT IS SO ORDERED.**

Date:  April 20, 2022   /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT